Summons in a Civil Action (Rev 11/97)

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 AUG -8 PM 2:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RM DEPUTY

Dr. ROBERT V. JUSTICE, an individual,

vs

see attached

**SUMMONS IN A ~~CIVIL ACTION~~**

Case No. '08 CV 1449 LAB RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'~~S ATTORNEY~~

Dr. Robert V. Justice
9461 Charleville Blvd., Ste. 394
Beverly Hills, CA 90212-3017
Phone: (559) 904-5645 Fax: (310) 519-8845

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

8/8/2008
DATE

R. MULLIN

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Dr. Robert V. Justice
9461 Charleville Blvd., Ste. 394
Beverly Hills, CA 90212-3017
Phone: (559) 904-5645
Fax: (310) 519-8845

Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. ROBERT V. JUSTICE, an individual,<br><br>**Plaintiff,**<br><br>vs.<br><br>JUDITH McCONNELL, Administrative Presiding Justice of the Court of Appeal-Fourth Appellate District-Division Three, in her administrative, enforcement and individual capacities; NATALIE ROBINSON, Supervising Clerk of the California Supreme Court-Los Angeles, in her administrative, enforcement and individual capacities; ALL PRESIDING JUDGES OF THE SUPERIOR COURTS IN CALIFORNIA, in their administrative, enforcement and individual capacities; ALL PRESIDING JUSTICES OF THE COURT OF APPEAL IN CALIFORNIA, in their administrative, enforcement and individual capacities; and RONALD GEORGE, Chief Justice in his administrative, enforcement and individual capacities;<br><br>**Defendants.** | **Case No.**<br><br>**COMPLAINT UNDER THE CIVIL RIGHTS ACT (TITLE 42 U.S.C. SECTION 1983) FOR DECLARATORY AND INJUNCTIVE RELIEF TO ENJOIN THE ENFORCEMENT OF CALIFORNIA VEXATIOUS LITIGANT STATUTES AND FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |