Dr. Robert V. Justice
9461 Charleville Blvd., Ste. 394
Beverly Hills, CA 90212-3017
Phone: (559) 904-5645
Fax: (310) 519-8845

Plaintiff in Pro Se

ORIGINAL

FILED
2008 AUG -8 PM 2:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. ROBERT V. JUSTICE,<br><br>**Plaintiff,**<br><br>vs.<br><br>JUDITH McCONNELL, et al.,<br><br>**Defendants.** | **Case No.** '08 CV 1449 LAB RBB<br><br>**NOTICE TO COURT THAT ACTION INVOLVES CHALLENGE TO CONSTITUTIONALITY OF STATE STATUTE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 5.1(a)(1)(B)** |

Plaintiff Dr. Robert V. Justice ("Plaintiff Dr. Justice"), in this action, calls to the attention of this court, pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure and Section 2403 of Title 28 of the United States Code, that he challenges the constitutionality of California's Vexatious Litigant Statutes-Code of Civil Procedure Section 391.7.

In particular, Plaintiff Dr. Justice's claim that this statute is unconstitutional because it is being applied to the same class of persons in an unequal manner with no logical purpose behind it resulting in its discriminatory enforcement.



CR

Dated: August 8, 2008

By: Dr Robert V. Justice

Dr. Robert V. Justice
Plaintiff in Pro Se