Dr. Robert V. Justice
9461 Charleville Blvd., Ste. 394
Beverly Hills, CA 90212-3017
Phone: (559) 904-5645
Fax: (310) 519-8845

Plaintiff in Pro Se

ORIGINAL

FILED
2008 AUG -8 PM 2:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DR. ROBERT V. JUSTICE, | ) | **Case No.** '08 CV 1449 LAB RBB |
| | ) | |
| **Plaintiff,** | ) | **NOTICE TO STATE ATTORNEY GENERAL CHALLENGING CONSTITUTIONALITY OF STATE STATUTE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 5.1(a)(2)** |
| vs. | ) | |
| JUDITH McCONNELL, et al., | ) | |
| **Defendants.** | ) | |

To the Attorney General of the State of California:

TAKE NOTICE that attached to this document are:

1. A copy of a notice filed in the United States District Court for the Southern District of California on August 8, 2008, stating that Plaintiff in this action has raised a constitutional challenge to California's Vexatious Litigant Statutes-Code of Civil Procedure Section 391.7.

2. A copy of Plaintiff's Complaint, in which the constitutional challenge is raised.



CR

Dated: August 8, 2008

By: Dr Robert V. Justice

Dr. Robert V. Justice
Plaintiff in Pro Se